IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PALM BEACH COUNTY
SCHOOL BOARD & F. A.
RICHARD & ASSOCIATES,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

 Appellant,

CASE NO. 1D16-880

v.

JOSEPH COPPOLA,

 Appellee.

_____/

Opinion filed September 15, 2016.

An appeal from an order of the Judge of Compensation Claims.
Timothy M. Basquill, Judge.

Date of Accident: September 5, 2014.

Scott A. Silver and Francisco X. Novoa of Silver, Bass & Brams, P.A., West Palm
Beach, for Appellant.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, Jeffrey M. Friedman,
for Appellee.

PER CURIAM.

 AFFIRMED.

ROBERTS, C.J., WETHERELL and BILBREY, JJ., CONCUR.